# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CALDEL HOLDINGS, LLC | § Case No. 18-30409-HLB |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $500,839.00       Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $803,343.07      Claims Discharged Without Payment: N/A

Total Expenses of Administration: $221,188.43

---

    3) Total gross receipts of $ 1,024,531.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,024,531.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $726,568.82 | $772,028.55 | $772,028.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 215,455.43 | 221,188.43 | 221,188.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,957.19 | 1,957.19 | 1,957.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 525,000.00 | 413.00 | 29,357.33 | 29,357.33 |
| **TOTAL DISBURSEMENTS** | $525,000.00 | $944,394.44 | $1,024,531.50 | $1,024,531.50 |

4) This case was originally filed under Chapter 7 on April 10, 2018. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2020           By: /s/Andrea Wirum Chapter 7 Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 26 15th Avenue SF, CA | 1110-000 | 997,500.00 |
| Rents from 26 15th Avenue SF | 1122-000 | 26,688.54 |
| Tax prorate | 1229-000 | 342.96 |
| **TOTAL GROSS RECEIPTS** | | **$1,024,531.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CALDEL HOLDINGS, LLC | Final Distribution paid on Claim# SURPLUS; Reference: | 8200-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | HSBC Bank USA, National Association as Trustee | 4110-000 | N/A | 726,568.82 | 772,028.55 | 772,028.55 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$726,568.82** | **$772,028.55** | **$772,028.55** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Andrea Wirum | 2100-000 | N/A | 53,029.36 | 53,029.36 | 53,029.36 |
| Trustee Expenses - Andrea Wirum | 2200-000 | N/A | 61.05 | 61.05 | 61.05 |
| Attorney for Trustee Fees (Trustee Firm) - Rincon Law | 3110-000 | N/A | 54,285.00 | 54,285.00 | 54,285.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Rincon Law | 3120-000 | N/A | | 681.47 | 681.47 | 681.47 |
| Accountant for Trustee Fees (Trustee Firm) - Kokjer, Pierotti, Maiocco & Duck, LLP | 3310-000 | N/A | | 13,990.00 | 13,990.00 | 13,990.00 |
| Accountant for Trustee Expenses (Trustee Firm) - kKokjer, Pierotti, Maiocco & Duck, | 3320-000 | N/A | | 35.45 | 35.45 | 35.45 |
| Other - Natural Hazards Disclosure | 2500-000 | N/A | | 99.00 | 99.00 | 99.00 |
| Other - Remax | 3510-000 | N/A | | 12,468.75 | 12,468.75 | 12,468.75 |
| Other - Recording fee | 2500-000 | N/A | | 20.10 | 20.10 | 20.10 |
| Other - Compass | 3510-000 | N/A | | 12,468.75 | 12,468.75 | 12,468.75 |
| Other - FTB Withholding | 2820-000 | N/A | | 33,217.00 | 33,217.00 | 33,217.00 |
| Other - Coldwell Banker | 3510-000 | N/A | | 24,937.50 | 24,937.50 | 24,937.50 |
| Other - Franchise Tax Board | 2820-000 | N/A | | 3,369.00 | 3,369.00 | 3,369.00 |
| Other - Certificate of Good Standing | 2500-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Buyer Reimbursements | 2500-000 | N/A | | 0.00 | 5,733.00 | 5,733.00 |
| Other - SF County Transfer Tax | 2820-000 | N/A | | 6,783.00 | 6,783.00 | 6,783.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $215,455.43 | $221,188.43 | $221,188.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | OFFICE OF THE UNITED STATES TRUSTEE | 5800-000 | N/A | 325.00 | 325.00 | 325.00 |
| 5P | Franchise Tax Board | 5800-000 | N/A | 1,632.19 | 1,632.19 | 1,632.19 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,957.19 | $1,957.19 | $1,957.19 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | OFFICE OF THE UNITED STATES TRUSTEE | 7100-000 | N/A | 325.00 | 325.00 | 325.00 |
| 2 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5U | Franchise Tax Board | 7100-000 | N/A | 88.00 | 88.00 | 88.00 |
| REG | United States Bankruptcy Court Registry | 7100-000 | N/A | N/A | 28,944.33 | 28,944.33 |
| NOTFILED | Peter Chernik | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Semiconductor, Inc. | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$525,000.00** | **$413.00** | **$29,357.33** | **$29,357.33** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-30409-HLB  **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee
**Case Name:** CALDEL HOLDINGS, LLC  **Filed (f) or Converted (c):** 06/08/18 (c)
**§341(a) Meeting Date:** 07/17/18
**Period Ending:** 05/14/20  **Claims Bar Date:** 08/17/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 26 15th Avenue SF, CA  Sold 4/15/19 | 1,200,000.00 | 476,000.00 | | 997,500.00 | FA |
| 2 | JP Morgan Chase Checking 5108  Debtor depleted prior to conversion | 89.00 | 89.00 | | 0.00 | FA |
| 3 | phone, fax copy machine  No net realizable value | 750.00 | 750.00 | | 0.00 | FA |
| 4 | Contractual rights with Universal Semiconductor  There does not appear to be recoverable value. Also, this will be a surplus case so there will be no need to recover value from this asset | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 5 | Rents from 26 15th Avenue SF (See Footnote) | 0.00 | 0.00 | | 26,688.54 | FA |
| 6 | Tax prorate (u) | 0.00 | 342.96 | | 342.96 | FA |
| 6 | **Assets Totals** (Excluding unknown values) | **$1,700,839.00** | **$977,181.96** | | **$1,024,531.50** | **$0.00** |

RE PROP# 5    Rents

**Major Activities Affecting Case Closing:**

12/31/19  Waiting for all checks to clear so that TDR can then be prepared.

12/31/19  Waiting for all checks to clear so that TDR can then be prepared.

**Initial Projected Date Of Final Report (TFR):** June 30, 2019   **Current Projected Date Of Final Report (TFR):** August 13, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-30409-HLB | **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) | |
| **Case Name:** | CALDEL HOLDINGS, LLC | **Bank Name:** | Mechanics Bank | |
| | | **Account:** | ******9566 - Checking Account | |
| **Taxpayer ID #:** | **-***9268 | **Blanket Bond:** | $67,398,068.00 (per case limit) | |
| **Period Ending:** | 05/14/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/06/18 | {5} | Meena and Victor Polich | August 2018 rent | 1122-000 | 3,152.19 | | 3,152.19 |
| 09/04/18 | {5} | Meena and Victor Polich | September 2018 rent | 1122-000 | 3,152.19 | | 6,304.38 |
| 10/02/18 | {5} | Meena and Victor Polich | October 2018 rent | 1122-000 | 3,152.19 | | 9,456.57 |
| 11/04/18 | {5} | Meena Polich | Rent | 1122-000 | 3,152.19 | | 12,608.76 |
| 11/04/18 | 101 | HSBC Bank USA, NA as servicer for Wells Fargo Bank | Cal Del Holdings Stipulation docket 73 | 4110-000 | | 9,000.00 | 3,608.76 |
| 11/20/18 | 102 | HSBC Bank USA, NA as servicer for Wells Fargo Bank | Cal Del Holdings Stipulation docket 73 | 4110-000 | | 3,000.00 | 608.76 |
| 12/28/18 | {5} | Meena Polich | Rent December | 1122-000 | 3,152.19 | | 3,760.95 |
| 01/03/19 | {5} | Meena Polich | Rent January | 1122-000 | 3,152.19 | | 6,913.14 |
| 01/09/19 | 103 | HSBC Bank USA, NA as servicer for Wells Fargo Bank | Cal Del Holdings Stipulation docket 73 Voided on 01/09/19 | 4110-000 | | 3,000.00 | 3,913.14 |
| 01/09/19 | 103 | HSBC Bank USA, NA as servicer for Wells Fargo Bank | Cal Del Holdings Stipulation docket 73 Voided: check issued on 01/09/19 | 4110-000 | | -3,000.00 | 6,913.14 |
| 01/09/19 | 104 | HSBC Bank USA, NA as servicer for Wells Fargo Bank | Cal Del Holdings Stipulation docket 73 | 4110-000 | | 6,500.00 | 413.14 |
| 02/07/19 | {5} | Meena Polich | Rent February | 1122-000 | 3,152.19 | | 3,565.33 |
| 03/05/19 | {5} | Meena Polich | Rent March | 1122-000 | 3,152.19 | | 6,717.52 |
| 04/04/19 | {5} | Meena Polich | Rent April | 1122-000 | 3,152.19 | | 9,869.71 |
| 04/17/19 | | Lawyers Title Company | | | 152,629.14 | | 162,498.85 |
| | {1} | Lawyers Title | sales price 997,500.00 | 1110-000 | | | 162,498.85 |
| | {6} | | tax prorate 342.96 | 1229-000 | | | 162,498.85 |
| | {5} | rent prorate | rent prorate to buyer -1,681.17 | 1122-000 | | | 162,498.85 |
| | | Remax | Listing broker -12,468.75 | 3510-000 | | | 162,498.85 |
| | | Compass | co-listing broker -12,468.75 | 3510-000 | | | 162,498.85 |
| | | Coldwell Banker | Selling agent commission -24,937.50 | 3510-000 | | | 162,498.85 |
| | | Recording fee | recording fee -20.10 | 2500-000 | | | 162,498.85 |
| | | SF County Transfer Tax | County transfer tax -6,783.00 | 2820-000 | | | 162,498.85 |
| | | FTB Withholding | FTB withholding -33,217.00 | 2820-000 | | | 162,498.85 |
| | | Certificate of Good Standing | certificate of good standing -10.00 | 2500-000 | | | 162,498.85 |
| | | Natural Hazards Disclosure | natural hazards disclosure -99.00 | 2500-000 | | | 162,498.85 |
| | | HSBC Bank USA, National Association as Trustee | Payoff first mortgage loan -753,528.55 | 4110-000 | | | 162,498.85 |
| 04/22/19 | 105 | Mark Walther and Mylea Charvat | See order docket 112 buyer reimbursement per order | 2500-000 | | 5,733.00 | 156,765.85 |

Subtotals : $180,998.85 $24,233.00

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 18-30409-HLB  
**Case Name:** CALDEL HOLDINGS, LLC  

**Taxpayer ID #:** **-***9268  
**Period Ending:** 05/14/20  

**Trustee:** Andrea Wirum Chapter 7 Trustee (001220)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/19 | 106 | Franchise Tax Board | voided<br>Voided on 07/22/19 | 2820-000 | | 2,500.00 | 154,265.85 |
| 07/22/19 | 106 | Franchise Tax Board | voided<br>Voided: check issued on 07/22/19 | 2820-000 | | -2,500.00 | 156,765.85 |
| 07/22/19 | 107 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | voided<br>Voided on 07/22/19 | 2410-000 | | 869.00 | 155,896.85 |
| 07/22/19 | 107 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | voided<br>Voided: check issued on 07/22/19 | 2410-000 | | -869.00 | 156,765.85 |
| 07/22/19 | 108 | Franchise Tax Board | | 2820-000 | | 3,369.00 | 153,396.85 |
| 12/13/19 | 109 | Andrea Wirum | Dividend paid 100.00% on $53,029.36, Trustee Compensation; Reference: | 2100-000 | | 53,029.36 | 100,367.49 |
| 12/13/19 | 110 | Andrea Wirum | Dividend paid 100.00% on $61.05, Trustee Expenses; Reference: | 2200-000 | | 61.05 | 100,306.44 |
| 12/13/19 | 111 | Rincon Law | Dividend paid 100.00% on $54,285.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 54,285.00 | 46,021.44 |
| 12/13/19 | 112 | Rincon Law | Dividend paid 100.00% on $681.47, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 681.47 | 45,339.97 |
| 12/13/19 | 113 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $13,990.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 13,990.00 | 31,349.97 |
| 12/13/19 | 114 | kKokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $35.45, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 35.45 | 31,314.52 |
| 12/13/19 | 115 | OFFICE OF THE UNITED STATES TRUSTEE | Final Distribution paid on Claim# 4; Reference: | 5800-000 | | 325.00 | 30,989.52 |
| 12/13/19 | 116 | Franchise Tax Board | Final Distribution paid on Claim# 5P; Reference: | 5800-000 | | 1,632.19 | 29,357.33 |
| 12/13/19 | 117 | OFFICE OF THE UNITED STATES TRUSTEE | Final Distribution paid on Claim# 1; Reference: | 7100-000 | | 325.00 | 29,032.33 |
| 12/13/19 | 118 | Franchise Tax Board | Final Distribution paid on Claim# 5U; Reference: | 7100-000 | | 88.00 | 28,944.33 |
| 12/13/19 | 119 | CALDEL HOLDINGS, LLC | Final Distribution paid on Claim# SURPLUS; Reference:<br>Stopped on 03/16/20 | 8200-002 | | 28,944.33 | 0.00 |
| 03/16/20 | 119 | CALDEL HOLDINGS, LLC | Final Distribution paid on Claim# SURPLUS; Reference:<br>Stopped: check issued on 12/13/19 | 8200-002 | | -28,944.33 | 28,944.33 |

Subtotals : $0.00 $127,821.52

{} Asset reference(s)

Case: 18-30409    Doc# 148    Filed: 06/04/20    Entered: 06/04/20 14:36:14    Page 8 of 9

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 18-30409-HLB | Trustee: Andrea Wirum Chapter 7 Trustee (001220) |
| Case Name: CALDEL HOLDINGS, LLC | Bank Name: Mechanics Bank |
| | Account: ******9566 - Checking Account |
| Taxpayer ID #: **-***9268 | Blanket Bond: $67,398,068.00 (per case limit) |
| Period Ending: 05/14/20 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/20 | 120 | United States Bankruptcy Court Registry | Uncashed surplus | 7100-000 | | 28,944.33 | 0.00 |
| | | | ACCOUNT TOTALS | | 180,998.85 | 180,998.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 180,998.85 | 180,998.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $180,998.85 | $180,998.85 | |

| | |
|---|---|
| Net Receipts : | 180,998.85 |
| Plus Gross Adjustments : | 843,532.65 |
| Net Estate : | $1,024,531.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9566 | 180,998.85 | 180,998.85 | 0.00 |
| | $180,998.85 | $180,998.85 | $0.00 |

{} Asset reference(s)